## ATTACHMENT D

### REPORTING REQUIREMENTS

Brazos Urethane, Inc. (the "Company") agrees that it will report to the United States Attorney's Office for the Western District of Wisconsin (the "Office") periodically, at no less than twelve-month intervals during a three-year term, regarding remediation and implementation of the Company's Corporate Compliance Program and internal controls, policies, and procedures described in Attachment C. During this three-year period, the Company shall: (1) conduct an initial review and submit an initial report, and (2) conduct and prepare at least two follow-up reviews and reports, as described below:

a. By no later than one year from the date this Agreement is executed, the Company shall submit to the Office a written report setting forth a complete description of its compliance efforts to date, its proposals reasonably designed to improve the Company's internal controls, policies, and procedures for ensuring compliance with fraud reporting and violations of federal environmental laws, and the proposed scope of the subsequent reviews. The Company may extend the time period for issuance of the report with prior written approval of the Office. The report shall be transmitted to:

> U.S. Attorney's Office for the Western District of Wisconsin
> AUSA David Reinhard
> 222 W. Washington Ave, Suite 700
> Madison, WI 53703

b.  The Company shall undertake at least two follow-up reviews and reports incorporating the Office's views on the Company's prior reviews and reports, to further monitor and assess whether the Company's policies and procedures are reasonably designed to detect and prevent violations of fraud and federal environmental laws.

c.  The first follow-up review and report shall be completed by no later than one year after the initial report is submitted to the Office. The second follow-up review and report shall be completed and delivered to the Office no later than thirty days before the end of the Term.

d.  The reports will likely include proprietary, financial, confidential, and competitive business information. Moreover, public disclosure of the reports could discourage cooperation, impede pending or potential government investigations and thus undermine the objectives of the reporting requirement. For these reasons, among others, the reports and the contents thereof are intended to remain and shall remain non-public, except as otherwise agreed to by the parties in writing, or except to the extent that the Office determines in its sole discretion that disclosure would be in furtherance of the Office's discharge of its duties and responsibilities or is otherwise required by law.

e.  The Company may extend the time period for submission of any of the follow-up reports with prior written approval of the Office.